# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00655-CV

**In re Luis I. Cuellar**

**M. U., N. T. and E. T., Appellants**

**v.**

**The Texas Department of Family and Protective Services, Appellee**

## FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 12-0824, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of M. U. The subject of this proceeding is Luis I. Cuellar, appellant's attorney.

Appellant filed her notice of appeal on October 2, 2013, and her brief was due November 27, 2013. On December 10, 2013, we ordered counsel to file appellant's brief no later than December 27, 2013. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Luis I. Cuellar shall appear in person before this Court on Wednesday, January 15, 2014 at 9:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our December 10, 2013 order. This order to show

cause will be withdrawn and Cuellar will be relieved of his obligation to appear before this Court as ordered above if the clerk of this Court receives appellant's brief before January 15, 2014.

It is ordered on January 3, 2014.


Before Chief Justice Jones, Justices Pemberton and Rose